U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # THIS CRIMINAL ORGANIZATION                    07-450
4.. MOTION TO PROCEED IN FORMA PAUPERIS
5. COMES NOW THE # PLAINTIFF, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OR COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
6.- SIGNATURE # IVAN MENDEZ
7.- PRINTED NAME # IVAN MENDEZ
8.- ADDRESS # D.C.C. 1181 PADDOCK ROAD, SMYRNA DE. 19977
9.- HOME PHONE NUMBER # N/A
10.- BUSSINES PHONE NUMBER # N/A
1.- CERTIFICATE OF SERVICE
2.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 07/16/07
3.- TO # U.S. DISTRICT COURT
4.- NAME # U.S. DISTRICT COURT
5.- ADDRESS # 844 NORTH, KING ST. LOCKBOX 18, WILMINGTON DE. 19801
6.- NAME #
7.- ADDRESS #
8.- SIGNATURE # IVAN MENDEZ
1..- POINTS AND AUTHORITIES
5.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE, COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS, AND LETTERS FROM YOU, WASHINGTON D.C, DELAWARE AND PENSYLVANIA.

SIGNATURE # IVAN MENDEZ

(Tommy Lee Sakes takes Ivan Mendez case number Twenty or 32 names)



FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCESS WITHOUT
PREPAYMENTS OR FEES AND AFFIDAVIT

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS #
4.- I AM THE PLAINTIFF UNDER 28 USC 1915, I'M UNABLE TO PAY THE COSTS OR THIS COMPLAINT
5.- ARE YOU CURRENTLY INCARCERATED # [YES]   NO
6.- IF YES GIVE THE PLACE OF YOUR INCARCERATION # SCI IN GEORGETOWN DE.
7.- ARE YOU EMPLOYED AT THE INSTITUTION #   YES   [NO]
8.- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #   YES   [NO]
7.- ARE YOU CURRENTLY EMPLOYED #   YES   [NO]
0.- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805.
1.- TOTAL MONTHLY AMOUNT OF SALARY # $1,600 OR 2000
2.- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
3.- TOTAL AMOUNT OF SALARY LAST RECEIVED # $1,600 OR 2000
4.- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #   YES   [NO]
5.- IF YES DESCRIBE EACH SOURCE OF MONEY #
:- DO YOU HAVE CASH, CHECKINGS OR SAVINGS ACCOUNTS #   YES   [NO]
7.- IF YES STATE THE TOTAL AMOUNT # ~~████~~
8.- DO YOU OWN ANY VALUABLE PROPERTY #   YES   [NO]
1.- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
0.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY LOVELY FAMILY AND SOME RELATIVES
1.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
2.- DATE # 07/16/07
3.- SIGNATURE # IVAN MENDEZ

(JAI WILMER LOPES ALICE COOPER,
PAGE NUMBER TWO PAGE ONE OF 34 PAGES)

07/16/07

GENERAL REQUEST FORM

BLDG # __SoHoU #18__
Cell # __BL-3__

This are the forms that I need #
(42 USC 1983) Ten Civil Rights Complaints Forms.
(28 USC 2254) Ten Habeas Corpus Petitions Forms.
(28 USC 2255) Ten Motions to Vacate, Set Aside or Correct Sentences Forms.
(148200) Ten Request for Medical Records Forms.
(Ten Applications In Forma Pauperis).
(Ten Applications Without Prepayments of Fees).

"Thank's"

(Writers Roger Jones Pink Floyd page Number Twenty Two of 31 pages)

Name # __Ivan Mendez__    S.B.I # __453351__    Date # __07/16/07__
Ate Received # _____    Pass to log # _____
Ate Sent # _____    Staff Initials # _____
Taff Notes # _____

07/16/07

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

To # MRS. TONYA SMITH.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 07/16/07

From # IVAN MENDEZ
        INMATE NAME

453351
S.B.I.#

——— I HEREBY CERTIFY ———

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (A)(2)
EFFECTIVE APRIL 26, 1996, I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

X-MEN LOVES DEED QUOTE
(PAGE NUMBER TWENTY-THREE OF 34 PAGES)

IVAN MENDEZ
  SIGNATURE

28 USC 1746 AND 18 USC 1621

07/16/07

0.08-00-008

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-450

TO: _Ivan Mendez_    SBI#: _453351_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _June 14, 2007_

**FILED**
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _December 1, 2006_ to _May 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| april | (-9.55) |
| may | (-9.55) |

Average daily balances/6 months: (-9.55)

Attachments
CC: File

_Stacy Shane 6/14/07_

_[signature] 6/14/07_
Notary public

(Young Nei loses 22-top page number twenty four of 34 pages)

07/18/07

07/16/15

(22-700 loses (inna Hamilton)
(case number twenty One of 31 pages)

Date Printed: 6/14/2007

**Individual Statement**

**For Month of December 2006**

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 18 | | | Comments: QOLPC | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.85) | ($9.55) | 356160 | | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 356181 | | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($10.53) | ($9.55) | 356244 | | 11/28/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.84) | ($9.55) | 356246 | | 12/6/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 356298 | | 12/1/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.34) | ($9.55) | 359020 | | 12/7/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($8.85) | ($9.55) | 359071 | | 12/10/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($1.56) | ($9.55) | 359134 | | 11/29/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.70) | ($9.55) | 362936 | | INDIGENT 12/4/06 | |

Ending Mth Balance: ($9.55)

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($424.11)

handwritten: 07/16/0

handwritten left margin: 07/16/0

handwritten: ( ZAAA FRANK LOPES ENCLOSED<br>( PAGE NUMBER TWENTY SIX OF 31 PAGES)

Date Printed: 6/14/2007                                                                                          Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: | 18 | | Comments: QOLP2 | | Ending Month Balance: | ($9.55) |

## Individual Statement
## From January 2007 to May 2007

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailPosta | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailPosta | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailPosta | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailPosta | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailPosta | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailPosta | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailPosta | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 401689 | | INDIGENT 3/6/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($5.07) | ($9.55) | 401986 | | 3/13/07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 414043 | | INDIGENT 4/3/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($2.34) | ($9.55) | 414482 | | 3/15/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 414483 | | 3/16/07 | |

07/16/07

YOUNG CRIMINALS LOVES ARRESTEE SUTHERLAND
(CASE NUMBER TWENTY SEVEN OF 34 PAGES)

Date Printed: 6/14/2007

Page 2 of 2

**Individual Statement**
**From January 2007 to May 2007**

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) | |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 414521 | | 3/4/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 414522 | | 3/18/07 | |
| Supplies-MailPosta | 4/13/2007 | $0.00 | $0.00 | ($3.12) | ($9.55) | 414528 | | 3/17/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 415421 | | 3/22/07 | |
| Supplies-MailPosta | 4/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 415478 | | 2/7/07 | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($2.02) | ($9.55) | 417793 | | 3/19/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($2.85) | ($9.55) | 419490 | | 3/28/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 425787 | | INDIGENT 5/1/07 | |
| Supplies-MailPosta | 5/8/2007 | $0.00 | $0.00 | ($1.95) | ($9.55) | 425924 | | 4/5/07 | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($6.45) | ($9.55) | 428608 | | 4/9/07 | |
| Supplies-MailPosta | 5/22/2007 | $0.00 | $0.00 | ($5.58) | ($9.55) | 431326 | | 4/23/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 432105 | | 4/27/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 432170 | | 5/2/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($15.25) | ($9.55) | 435250 | | 5/21/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($13.65) | ($9.55) | 435251 | | 5/18/07 | |

Ending Month Balance: ($9.55)

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($424.11)