07/16/07

Name:
Address: ALEX BALDWIN loves SCORPIONS
Telephone: (PAGE NUMBER ONE OF 31 PAGES)

07-450

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## ______ DIVISION

IVAN L. MENDEZ, SAD EYES, (PITUFINA.
(Full Name)
PLAINTIFF

vs. U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT, U.S. ATTORNEYS GENERAL, U.S. DEPARTMENT OF JUSTICE, U.S. SUPREME COURT, U.S. COURT OF FEDERAL CLAIMS, HUMAN RIGHTS WATCH, A.C.L.U, PRISON PROJECT, ALL OF THEM IN WASHINGTON D.C, AND ALSO WASHINGTON D.C, THE STATE.

DEFENDANTS

## CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

CIVIL NO.______
(Supplied by Clerk)

FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. X 42 U.S.C. §1983
   b. __ 42 U.S.C. §1985
   c. __ Other (Please Specify) ______

2. NAME OF PLAINTIFF IVAN L. MENDEZ
IS A CITIZEN OF THE STATE OF ______

PRESENT MAILING ADDRESS: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DE. 19977.

3. NAME OF FIRST DEFENDANT WASHINGTON D.C.

07/16/07

BRUCE WILLIS LOVES SLANDER
(PAGE NUMBER TWO OF 31 PAGES)

IS A CITIZEN OF WASHINGTON D.C. THE STATE
(City and State)

IS EMPLOYED AS IS NOT ENOUGH SPACE TO NAME IT ALL OF THEM.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES * NO___. If your answer is "YES" briefly explain.

IS NOT ENOUGH SPACE TO EXPLAIN IT.

4. NAME OF SECOND DEFENDANT________________
(If applicable)

IS A CITIZEN OF________________
(City and State)

IS EMPLOYED AS________________ at ________.
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

5. NAME OF THIRD DEFENDANT________________
(If applicable)

IS A CITIZEN OF________________
(City and State)

IS EMPLOYED AS________________ at ________.

07/16/07

( CLINT EASTWOOD LOVES ANTHRAX
(PAGE NUMBER THREE OF 31 PAGES)

(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

______________________________________________

______________________________________________

______________________________________________

6. NAME OF FOURTH DEFENDANT______________________
(If applicable)

IS A CITIZEN OF______________________________
(city and State)

IS EMPLOYED AS______________________ at ____________.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO___. If your answer is "YES" briefly explain.

______________________________________________

______________________________________________

______________________________________________

(Use additional sheets of paper if necessary.)

**B. NATURE OF CASE**

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

BECAUSE THE STATE OF WASHINGTON D.C. KNOW IT ALL OF THE ANSWERS AND RESULTS, OF THE LOWER COURTS, AND THE U.S. DISTRICT COURTS, AND THEY STILL DON'T DO NOTHING ABOUT IT, AND EVEN THAT THEY KNOW IT TOO, ONE OF THE LAST ANSWERS OF THE U.S. DISTRICT COURT OF DELAWARE WHICH SAID THAT I'M NOT ON AN INMINENT THREAT OF PHYSICAL INJURY, KNOWING THAT I'M ON PROTECTIVE CUSTODY, AND THAT ON THIS BUILDING THAT NASTY HUMAN URINE (PEED) CAUSED MY SKIN TO BROKE UP, LIKE WOUNDS INFECTED AND KNOWING THAT THEY DON'T GAVE ME MEDICAL ATTENTION JUST LIKE THEY DON'T GAVE MEDICAL ATENTION TO THE OLD WHITE COWBOYS, AND YOU KNOW IT TOO ALL ABOUT IT, AND I'M EXPLAINING MORE ON THIS [crossed out] THIRTY ONE 31 PAGES ATTACHED TO THIS FORM.

07/16/07

X-MAN'S WOLVERINE LOVES EUROPE
(PAGE NUMBER TWENTY EIGHT OF 31 PAGES)

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: IS NOT ENOUGH SPACE TO DESCRIBE IT, AS YOU KNOW IT TOO.

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
IS NOT ENOUGH SPACE TO DESCRIBE IT AS YOU KNOW IT TOO.

P.S. PLEASE SEND ME THOSE FORMS OR ALL THAT YOU CAN (IF YOU CAN). WRITTEN DOWN ON THE GENERAL REQUEST FORM, (AS ALWAYS), AND I SEND YOU THAT IN MMATE ACCOUNT STATEMENT WHICH I'M LUCKY TO RECEIVE ELEVEN ON (06/15/07) JUNE FIFTEEN OF 2007, AS YOU KNOW IT TOO ALL ABOUT IT.

b. (1) Count II: IS NOT ENOUGH SPACE TO DESCRIBE IT, AS YOU KNOW IT TOO.

(2) Supporting Facts: IS NOT ENOUGH SPACE TO DESCRIBE IT AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT I NEED BOXES OF PAPER AND INK PENS TO DESCRIBE IT.

07/16/07

WARRANT LOVES KIM BASSINGER
(PAGE NUMBER TWENTY NINE OF 31 PAGES)

c. (1) Count III: IS NOT ENOUGH SPACE TO DESCRIBE IT, AS YOU KNOW IT TOO.

(2) Supporting Facts: IS NOT ENOUGH SPACE TO DESCRIBE IT, AS YOU KNOW IT TOO

**D. INJURY**

1. How have you been injured by the actions of the defendant(s)?

PHYSICALLY, EMOTIONALLY AND IN MANY OTHER WAYS, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO, THAT THE OTHER AFFECTED PEOPLE ARE THE OLD WHITE COWBOYS TOO, EVERYWHERE I HAVE BEEN, AS YOU KNOW IT TOO ALL ABOUT IT.

**E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES __*__ / NO ______. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit:

Plaintiff(s): AS YOU KNOW IT TOO THIS INFORMATION.

07/16/07

VAN MORRISSEY LOVES BRIDGET NIELSEN
(PAGE NUMBER THIRTY OF 31 PAGES)

Defendant(s): IS NOT ENOUGH SPACE TO DESCRIBE IT AS YOU KNOW IT 100.

b. Name of court and case or docket number: ______

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) AS YOU KNOW IT 100 ALL ABOUT IT.

d. Issues raised: AS YOU KNOW IT 100 ALL ABOUT IT.

e. When did you file the lawsuit? AS YOU KNOW IT 100 ALL ABOUT IT.
Date Month Year

f. When was it (will it be) decided? AS YOU KNOW IT 100 ALL ABOUT IT.

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES * / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.
AS YOU KNOW IT 100 ALL ABOUT IT.

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

JUSTICE FOR ALL OF THE DAMAGES THAT THEY HAVE CAUSED TO MYSELF AND TO MY LOVED ONES, AS SOME OF MY LOVED ONES HAVE ALREADY DIE OR MY FAMILY RELATIVES AND OR MY FRIENDS, AS YOU KNOW IT 100 ALL ABOUT IT.

07/16/07

URIAH KEEO LOVES NATASHA KINSKI

(PAGE NUMBER THIRTY ONE OF 31 PAGES)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

DATE (07/16/07).

Executed at DELAWARE CORRECTIONAL CENTER 1181 PADDOCK ROAD SMYRNA DE. 19977 on JULY SIXTEEN 2007
(Location) (Date)

IVAN MENDEZ
Signature

07/16/07,

SAME AS THEY KNOW IT TOO, HOW THEY DISCRIMINATE, HUMILIATE AND DO SO MUCH EVIL TO ME, JUST LIKE THEY DO TO THE GOOD HEARTED OLD WHITE COWBOYS, AND BECAUSE WASHINGTON D.C. KNOWS TOO THAT I'M A DISABLED MAN, THAT I'M DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AS I CANNOT JUMP, RUN, OR DO ACTIVITIES LIKE NORMAL PEOPLE DOES, AS A RESULT OF A "HIT AND RUN" OF WHICH I HAVE BEEN VICTIM BACK ON THE YEAR OF 1998, WHICH LEFT ME WEARING THIS METALLIC PLATES, THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, AND WHICH LEFT ME DISABLED OF MY RIBS AND BACK, ONE OF MY ARMS, ONE EAR AND DISABLED AND DAMAGED OF OTHER PARTS OF MY BODY, AND WASHINGTON D.C. KNOWS TOO THAT THEY DON'T GAVE ME NOT EVEN PAINKILLERS, EVEN KNOWING THAT THE PIN NUMBER 8 FROM MY RIGHT LEG, AND PIN NUMBER 14 FROM MY LEFT LEG HAD BEEN MOVED FROM THEIR ORIGINAL PLACES, WHICH ARE THE CAUSE OF THIS NASTY INFLAMATION AND NASTY PAIN ON BOTH OF MY LEGS, AS ACCORDING TO MEDICAL ON (07/10/06), JULY TEN OF 2006, AND WASHINGTON D.C. KNOW IT TOO, THAT THEY TOOK X-RAYS FROM BOTH OF MY LEGS WHEN I WAS OVER ON DELAWARE PSYCHIATRIC CENTER IN NEW CASTLE DE, BEFORE THEY MOVED THAT PLACE SOMEWHERE ELSE ACCORDING TO THE MAIL POST, AND (D.P.C) SENT ME TO THE ST. FRANCIS HOSPITAL OVER ON WILMINGTON DE. ON (07/14/04), TO TAKE X-RAYS FROM BOTH OF MY LEGS AND THEY PRESCRIBED ME PAINKILLERS, BUT D.P.C. NEVER GAVE ME THOSE PAINKILLERS, AND AS WASHINGTON D.C. KNOWS TOO THAT OVER HERE ON DELAWARE CORRECTIONAL CENTER, THEY TOOK X-RAYS FROM BOTH OF MY LEGS TOO ON THE (04/21/06) APRIL TWENTY ONE OF 2006 AND THEY DON'T EVEN GAVE ME PAINKILLERS, AND AS WASHINGTON D.C. KNOWS TOO, THAT ON THIS PLACES (D.P.C) AND (D.C.C), MS. BARBARA (SAD EYES), AND MS. MARY LOU BLADES (SMURFET), ARE NOT HERE AS WASHINGTON D.C. KNOW IT TOO THAT THOSE TWO ANGELS FROM GOD WERE THE ONLY TWO GOOD HEARTED LADIES WHOM USED TO GAVE ME PAINKILLERS AND TAKE CARE OF MY LEGS, BACK AND OTHER MEDICAL NEEDS, AND AS WASHINGTON D.C. KNOWS TOO THAT MS. BARBARA SAVED MY LIFE ON THE SECOND ATEMPT TO COMMIT SUICIDE BY INVESTIGATING WITH THE MAIN WITNESSES, THE WORKERS AT THE EXXON, WHOM TOLD HER OF MY INNOCENCE TOO, AND AS WASHINGTON D.C. KNOWS THAT ON THE FIRST ATEMPT I CUT MY WRISTS AND AS WASHINGTON D.C. KNOWS TOO, THAT ANGEL (MS. BARBARA), AND PITUFINA (MS. BLADES), WERE THE ONLY TWO GOOD HEARTED WOMANS, THAT WERE ALWAYS ARGUING WITH OTHER DOCTORS AND NURSES BECAUSE THE MEDICATION FOR THE OLD WHITE COWBOYS, NEVER WAS ON TIME LIKE INSULINE, GLICERINE AND OTHER MEDICATIONS THEY ONLY

(PLEASE TURN PAGE TO PAGE NUMBER )

EXODUS LOVES SAM ELLIOT

07/16/07

GAVE IT TO THEIR OWN PEOPLE, OF THEIR RACES AND OTHERS, BUT NOTHING TO ME OR TO THE OLD WHITE COWBOYS AND AS WASHINGTON D.C. KNOW IT TOO, HOW THEY HUMILIATE, DISCRIMINATE, HURT AND DO SO MUCH EVIL TO ME JUST LIKE THEY ALWAYS DO ONLY TO WHITE OLD COWBOYS ON S.C.I., D.P.C., D.C.C., AND AS WASHINGTON D.C. KNOW IT TOO ALL OF THE NASTY DIRTY EVIL THAT THEY HAVE DONE TO ME AND STILL DOING IT TO ME, AND TO THE OLD WHITE COWBOYS AND THEY DON'T DO NOTHING ABOUT IT, AND AS WASHINGTON D.C. KNOW IT TOO, HOW I WROTE FOR MY CLASSIFICATION, AND I GOT CLASSIFIED ON (06/22/07) JUNE TWENTY TWO OF 2007, BY THE HONORABLE COUNSELOR MR. THOMAS AIELLO, AND BY THE HONORABLE LT. MR. SEACORD, WHICH CLASSIFIED ME OVER AT THE DISABLES SHOWER ROOM, AND TOLD ME THAT I CANNOT BE REMOVED TO S.C.I. OVER IN GEORGETOWN DE., EVEN IF IT WAS FOR LEGAL MATTERS, AND TOLD ME THAT THE ONLY WAY TO SEND ME IS BY TAKING ME OUT FROM PROTECTIVE CUSTODY AND PUT ME IN POPULATION, SO THEY CAN MOVE ME TO S.C.I., SO I TOLD THEM THAT IF I GET OUT FROM PROTECTIVE CUSTODY, THEY ARE GOING TO HURT ME AGAIN, AND THEY TOLD ME THAT THERE IS NOT WAY TO GET REMOVED AND THAT IF I GET OUT FROM PROTECTIVE CUSTODY TO POPULATION, THEY ARE GOING TO SEND ME TO POPULATION OVER AT S.C.I. IN GEORGETOWN, SO I TOLD THEM THAT I NEED TO BE REMOVED TO S.C.I. UNDER PROTECTIVE CUSTODY, AND THEY TOLD ME THAT THERE IS NOT MORE PROTECTIVE CUSTODY IN GEORGETOWN, SO I TOLD THEM THAT THERE IT IS AND ALSO THEY HAVE SPECIAL CARE UNIT, (S.C.U.) WHERE I USED TO BE, (MS. MARY LOU AND MS. BARBARA), AND THEY TOLD ME THAT THERE IS NOT MORE (S.C.U.) SPECIAL CARE UNIT, SO I TOLD THEM THAT I WASN'T SUPPOSED TO BE REMOVED FROM S.C.I. OVER IN GEORGETOWN, BECAUSE I WAS UNDER PUBLIC DETAINER BY THE I.N.S, AND IT WAS A FEDERAL CHARGE AGAINST S.C.I., AND THEY TOLD ME THAT THEY UNDERSTAND THAT, BUT I NEED TO BE PUT ON POPULATION AND SIGN OUT PROTECTIVE CUSTODY, SO I TOLD THEM THAT I BETTER KEPT ON HERE ON PROTECTIVE CUSTODY, AND I TOLD THEM THAT I WILL SUIT THIS INSTITUTION AGAIN, AND THEY DON'T ANSWERED ME NOTHING, AND ON (06/25/07) JUNE TWENTY FIVE OF 2007, THE HONORABLE COUNSELOR SEND ME A NOTE SAYING THAT: "AS (LT. SEACORD AND I STATED) WHEN WE DID YOUR CLASSIFICATION, WE CANNOT CLASSIFY YOU TO S.C.I. AS LONG AS YOU ARE ON PROTECTIVE CUSTODY, THEY DO NOT HAVE A LONG TER HOUSING UNIT FOR PROTECTIVE CUSTODY, I WILL TALK TO KROMOKA ABOUT YOUR LEGAL PAPERWORK, I CANNOT REQUEST YOUR MEDICAL DOCUMENTATION, YOU HAVE TO GO THROUGH MEDICAL FOR THAT", SO I WROTE TO HIM COMPLAINING ABOUT HOW HE CLAIM NOW THAT S.C.I. HAVE PROTECTIVE CUSTODY AND

(PLEASE TURN PAGE TO PAGE NUMBER

FRANCIS COPOLLA LOVES MEGADETH
(PAGE NUMBER SIX OF 31 PAGES)

07/16/07

FOR A COPY OF MY CLASSIFICATION, AND FOR MY RECEIPT OF THE NEW TELEVISIONS THEY GAVE LAST YEAR AND THEY GAVE MINE TO ANOTHER PERSON, BUT NEVER GAVE ME MY RECEIPT, AND I TOLD HIM THAT I WILL SUE THEM ANYWAY AND AS WASHINGTON D.C KNOW IT TOO, THAT I TOLD THEM AS I HAVE TOLD TO ALL OF THE OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION, NOT TO HURT, TOUCH OR DO NOTHING TO THOSE GOOD HEARTED ANGELS FROM GOOD, AS FOR CHARMING TINKER BELL (MS. MARYLOU BLADES), AND FOR SAD EYES (MS. BARBARA), OR TO SGT. PEPPER, SGT. SAM ELLIOT, (SGT. SAM), OR TO SGT. DUKES OF HAZARD, (SGT. DUKES), OR ST. DANCES WITH WOLVES, OR TO LT. DANIEL THE MENACE, OR TO BOBBY LONG, RON, ZACH, DANIEL, DAVID, OR TO ANYBODY OF THOSE GOOD OLD WHITE COWBOYS WHOM HELPED ME AND WHOM ALWAYS WERE THERE FOR ME, AND AS YOU KNOW IT TOO ALL ABOUT IT, AND ALSO AS WASHINGTON D.C KNOW IT TOO, THAT ACCORDING TO MY CLASSIFICATION THEY HAVE DISSAPPEARED SPECIAL CARE UNIT (S.C.U), WHERE LA REQUES (MS. MARYLOU BLADES) AND ANGEL (MS. BARBARA) USED TO WORK AND LOOK OUT AND HELP ME AND HELP THE OLD WHITE COWBOYS AND PROTECT THE OLD WHITE COWBOYS AND MYSELF FROM THE OTHER EVIL PEOPLE AND AS YOU KNOW IT TOO ABOUT ALL OF THIS, SAME AS YOU KNOW IT TOO THAT I WARNING YOU TOO, NOT TO DO NOTHING AGAINST ANY OF THOSE GOOD HEARTED PEOPLE WHOM SAVED MY LIFE AND HELPED ME, BUT RIGHT NOW THIS LAWSUIT IS AGAINST WASHINGTON D.C ONCE AGAIN, AND I'M SENDING YOU ONCE AGAIN SOME NUMBERED AND ON ALPHABETICAL ORDER, SOME OF MY LEGAL PAPERWORK (REDUCTED HOMEMADE COPIES) WHICH I'M STILL HAVING LEFT ON MY POSSESSION AS YOU KNOW IT TOO ALL ABOUT IT, WHICH ALL IN TOTAL WITH THIS FORM AND THE OTHER FORMS MAKE ONE TOTAL OF THIRTYONE PAGES (31 PAGES), AND PLEASE I'LL BE GLAD TO HEAR FROM YOU SOON, BECAUSE I'M NOT LIKE TO KEEP BOTHERING THIS OLD WHITE COWBOYS, WHICH ARE A GOOD HEARTED GENEROUS OLD GENTLEMANS, LIKE MR. TOM ON LOWER EIGHT, OR MR. MARK ON LOWER NINE, OR LOWER ELEVEN AND LOWER TWELVE, WHOM THIS GOOD HEARTED OLD WHITE COWBOYS JUST GAVE ME THIRTEEN ENVELOPES AND A COUPLE OF PENS TO KEEP WORKING ON MY LEGAL PAPERWORK, WITHOUT EXPECTING NOTHING ON EXCHANGE, THEY DON'T ACCEPTED MY OFFERING OF MY WRITTING AND THE OTHER PEOPLE ALWAYS TAKE ADVANTAGE OF IT AS YOU KNOW IT TOO ALL ABOUT IT, SO ACTUALLY THIS COMPLAINT IS JUST A LITTLE OF WHAT YOU ALREADY KNOW IT TOO, THAT WASHINGTON D.C HAS AND STILL DOING IT TO ME TOO, AS YOU KNOW IT TOO EVERYTHING ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE AND THIS LAWSUIT AGAINST WASHINGTON D.C IS ABOUT THIS AND ALL THAT YOU ALREADY KNOW IT TOO, ALL OF THE FACTS AND GROUNDS ON THIS NASTY EVIL CONSPIRACY.

(PLEASE TURN THIS PAGE TO PAGE NUMBER )

(George Woods Loves Death Metal
(Page Number Seven of 21 Pages)

07/16/07

EXHIBIT A

CHARGE # (CRIMINAL IMPERSONATION).
TO WIT # IVAN L MENDEZ ON 12/25/00, DID KNOWINGLY AND UNLAWFULLY PRETEND TO BE TONY RENE DIAZ, WITH INTENT TO OBTAIN A BENEFIT FROM ANOTHER PERSON.

EXHIBIT A

CHARGE # (ROBBERY FIRST DEGREE).
TO WIT # IVAN L MENDEZ ON 12/21/00, DID WHEN IN THE COURSE OF COMMITTING THEFT USE FORCE UPON LATISHA M. REED, WITH INTENT TO COMPEL LATISHA M. REED TO DELIVER UP PROPERTY CONSISTING OF U.S.C. AND WHEN IN THE COURSE OF THE COMMISSION OF THE CRIME, OR THE IMMEDIATE FLIGHT THEREFROM HE CAUSED PHYSICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIME.

CHARGE # (POSSESSION OF A DEADLY WEAPON).
TO WIT # IVAN L MENDEZ ON 12/21/00, DID KNOWINGLY POSSESS A DEADLY WEAPON DURING THE COMMISSION OF A FELONY BY POSSESSING ILLEGAL CUTTING INSTRUMENT A DEADLY WEAPON DURING THE COMMISSION OF ROBBERY FIRST.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

(SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180).
ON 12/25/00 AT 17:35 HOURS ON US. 113, I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND LEFT LANE. THE PEDESTRIAN WAS WEARING A DARK JACKET, BLUE JEANS, AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING) OCCURRED ON 12/21/00. DURING A CRIMINAL RECORD CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES. DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D. WHERE HE WAS QUESTIONED BY DET. GROSE. DURING THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME HE THEN IDENTIFIED HIMSELF AS IVAN L MENDEZ.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

(SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180).
(3).- THE VICTIM ADVISED SHE HAD JUST BEEN STABBED BY A WHITE MALE SUSPECT, (4).- THE VICTIM COULD ONLY DESCRIBE THE SUSPECT AS A WHITE MALE, WITH A THICK BLACK MUSTACHE AND BLACK HAT, (5).- THE VICTIM ALSO ADVISED SHE SMELLED AN ODOR OF ALCOHOLIC BEVERAGES ON THE SUSPECT'S BREATH, (6)- THE SUSPECT APPROACHED HER FROM BEHIND THE EXXON, (7).- THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER NOT TO SAY ANYTHING AND SHE WOULDN'T GET HURT, HE THEN STATED GIVE ME YOUR MONEY, HE THEN STRUCK HER IN THE LOWER LEFT SIDE OF HER BACK, (8).- THE VICTIM STATED THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER, (9)- THE SUSPECT THEN PUNCHED HER IN THE FACIAL AREA CAUSING A BLACK EYE TO HER RIGHT EYE, TOOK HER MONEY AND FLED BEHIND THE EXXON.

EXHIBIT B STATEMENT OF PROBABLE CAUSE (CONTINUED)

(12)- W/2 PAT BROCKWAY, OBSERVED THE SUSPECT APPROACH THE VICTIM, HE DON'T OBSERVED THE SUSPECT ATTACK THE VICTIM, W/2 PAT BROCKWAY DESCRIBED THE SUSPECT AS A WHITE MALE, (13)- ON 12/25/00 AT 17:33 HRS. W/7 NAAR OBSERVED A SUSPECT THAT MATCHED THE DESCRIPTION OF THE SUSPECT, (14)- W/7 STOPPED THE SUSPECT THE SUSPECT WAS INTOXICATED AND TAKEN INTO CUSTODY BY W/7 NAAR FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND OTHER TRAFFIC CHARGES, THE NAME THE SUSPECT GAVE W/7 NAAR, WAS TONY RENE DIAZ, (15), I WAS CALL

(PLEASE TURN PAGE TO PAGE ATTACHED

HELEN HUNT LOVES SKID ROW
(PAGE NUMBER EIGHT OF 32 PAGES)

07/16/07

[illegible] INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, (16)- THE SUSPECT WAS MIRANDIZED AND [illegible]RVIEWED AT 18:00 HOURS ON 12/25/00, (17)- THE SUSPECT ADVISED HE HAD NOT WORKED IN ABOUT A MONTH [illegible] STATED HE CANNOT REMEMBER WHAT HAPPENED ON 12/21/00 BECAUSE HE WAS INTOXICATED, DURING THE INTE[illegible] [illegible] HE REPEATEDLY STATED HE DID WHAT HE HAD TO DO TO SURVIVE, (19)- ON 12/26/00 AT 9:45 I SHOWED [illegible] [illegible]E PHOTOLINE UP TO THE VICTIM, THE VICTIM PICKED THE PHOTOGRAPH OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE [illegible]CTIM WAS THEN SHOWN A PHOTO OF THE SUSPECT'S CLOTHING AND ALSO POSITIVELY IDENTIFIED THE SUSPECT'S [illegible]OTHING, (20). AT 11:30 ON 12/26/00, W/2 PAT BROCKWAY, COULD NOT POSITIVELY IDENTIFY THE SUSPECT'S [illegible]ACE BUT IDENTIFIED THE CLOTHING THE SUSPECT WAS WEARING AS THE SAME HE HAD ON 12/21/00, (21). ON T[illegible] [illegible]SPECT'S LIVING AREA I FOUND A PAIR OF TOE NAIL CLIPPERS WITH A 2 INCH KNIFE BLADE THIS LENGHT IS C[illegible] [illegible]STENT WITH THE STABWOUND TO THE VICTIM, (22)- THE SUSPECT STATED HE LOST HIS I.D ALONG WITH HIS BLACK [illegible]NIT HAT, THE SUSPECT WAS DESCRIBED AS WEARING A BLACK KNIT HAT BY THE VICTIM, (23)- DURING THE INTER[illegible] [illegible] THE SUSPECT HE THEN CHANGED HIS NAME TO IVAN L MENDEZ.

INITIAL CRIME REPORT

[illegible]PORT DATE # (12/21/00).

[illegible]CIDENT OVERVIEW # (SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON AND FORCEABLY REMOVED S.C FROM THE VICTIM).

VICTIM INFORMATION

[illegible]AME # (REED LATISHA M.).

[illegible]JURIES DESCRIPTION # (2½ INCHES DEEP BY 2 INCHES WIDE LACERATION TO LOWER LEFT BACK KIDNEY AREA BRUISES AND MINOR LACERATIONS FACIAL AREA AND FRONT OF HANDS).

SUSPECT DEFENDANT INFORMATION

[illegible] SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE), (ARMED WITH # [illegible]IAL CUTTING INSTRUMENT), (RESIDENT STATUS # UNKNOWN).

CRIMES AND ASSOCIATED INFORMATION

[illegible]SCRIPTION OF TYPE OF WEAPON USED # (POCKET KNIFE).

A.E.G.I.S, INCIDENT REPORT

[illegible]OCUMENTS # (UNKNOWN, WHOLE KNIFE'S LARGE BLADE).

(PLEASE TURN PAGE TO PAGE NUMBER

07/16/07

(IRON BUTTERFLY LOVES KRISTA ALLEN)
(PAGENUMBER NINE OF 32 PAGES)

SUPPLEMENTAL REPORT # 1

ORIGINAL VICTIM INFORMATION

ME # (REED LATISHA M.).

ORIGINAL SUSPECT DEFENDANT INFORMATION

EX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

MODIFIED SUSPECT DEFENDANT INFORMATION

EX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # LIGHT), (FACIAL HAIR # TH STACHE), (BUILD # LARGE), (WEIGHT # 180), (HAIR COLOR # BLACK), (HAIR LENGHT # COLLAR], (ARMED WITH # ILLEGAL CUTTING INSTRUME USPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI STRIPPED SHIRT, BLACK SNE RS).

WITNESS INFORMATION

YPE # WITNESS), (NAME # NAAR DAVID), (SEX # MALE), (RACE # WHITE).

INVESTIGATIVE NARRATIVE

12/25/00 AT 17:30 HOURS, I WAS CONTACTED BY PFC. NAAR, IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARGES HE N ON HIM, I WAS ADVISED THE SUSPECT MATCHED THE DESCRIPTION FROM THE INCIDENT ON 12/21/00, THE SUSPECT GAVE PFC. AAR, THE NAME TONY RONE DIAZ, I RESPONDED TO GEORGETOWN P.D. TO INTERVIEW THE SUSPECT I MIRANDIZED THE SPECT AT 18:26 HOURS.

SUPPLEMENTAL REPORT # 2

ORIGINAL VICTIM INFORMATION

ME # (REED LATISHA M.).

ORIGINAL SUSPECT / DEFENDANT INFORMATION

EX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

ORIGINAL SUSPECT / DEFENDANT INFORMATION

EX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT # 180), (FACIAL HAIR HICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGHT # COLLAR), (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK E JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI STRIPPED SHIRT, BLACK SNEAKERS).

(PLEASE TURN PAGE TO PAGE NUMBER

07/16/07

(Zach Nicholson loves Metallica
(Page Number Ten of 31 Pages) Modified Suspect / Defendant Information

(Sex # Male), (Race # White), (Ethnic Origin # Hispanic), (Resident Status # Non-Resident), (Skin Tone # Light), (Build # Large), (Weight # 180), (Facial Hair # Thick Mustache), (Hair Color # Black), (Hair Length # Collar), (Armed With # Illegal Cutting Instrument), (Arrest Number # 51414), (Arrest Type # Warrant).

Supplemental Report # 3

Original Victim Information

(Name # Reed Latisha M.), (Sex # Female), (Race # White), (Ethnic Origin # Non-Hispanic).

Original Suspect / Defendant Information

(Sex # Male), (Race # White), (Ethnic Origin # Non-Hispanic), (Facial Hair # Thick Mustache).

Investigative Narrative

I contacted the victim on the scene, while she was lying on the sidewalk of the Exxon on the southside of the building, I asked the victim if she had seen the suspect, and she said that she did not get a very good look at him, the victim stated that she did know that the suspect was a white male, upon exiting her car she was met by the suspect who had struck her several times in the face and lower back, the victim said she was caught by surprise and could not fight back because it all happened so quickly, the victim stated that she tried to walk toward the entrance to the building but did not make it that far and knew she was hurt, the victim sat down on the S.E. corner of the building.

Initial Crime Report

Report Date # (12/25/00).
Incident Overview # (Defendant gave a false name during a crime prevention check).

Suspect / Defendant Information

(Sex # Male), (Race # White), (Ethnic Origin # Hispanic), (Resident Status # Non-Resident), (Skin Tone # Olive), (Weight # ... Build # Average), (Facial Hair # Thick Mustache), (Hair Color # Black), (Hair Length # Ear Top), (Voice Speech # Accent ... Armed With # Unarmed), (Address # Manzanillo, Mexico), (Arrest Number # 51413), (Arrest Type # Warrant), (Suspect's Clothing Description # Dark Blue Jacket, and Blue Jeans).

Investigative Narrative

On 12/25/00, at 17:35 hours, on US. 113, I observed a pedestrian walking north along the median strip and

(Alleged total pages to page numbered

KEVIN KOSTNER LOVES CURT COBAIN
(PAGE NUMBER ELEVEN OF 31 PAGES)

07/16/07

...ER LANE, THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING), OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D, WHERE HE WAS QUESTIONED BY DET. GROSE, DURING THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ.

CLIENT STATUS SHEET

(DATE # 12/26/00), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG, SCAR FACE, SCAR CHEST), (MS # S DIVORCED).

CLIENT STATUS SHEET

(DATE # 06/18/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SKIN # UNKNOWN), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG, SCAR FACE, SCAR CHEST), (MD # DIVORCED).

CLIENT STATUS SHEET

(DATE # 06/20/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SKIN # UNKNOWN), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG, SCAR FACE, SCAR CHEST), (MD # DIVORCED).

STATEMENTS OF WITNESSES

STATEMENT OF VICTIM 001- LATISHA MC REED - CONTINUED

...TRIED TO OBTAIN MORE INFORMATION FROM THE VICTIM BUT SHE WAS MEDICATED DUE TO HER INJURIES, THE VICTIM WAS QUESTIONED BY PTLM BUCCI, ON THE SCENE.

STATEMENT OF WITNESS-001- JOHN S. RODENBOUGH

...OHN RODENBOUGH, ADVISED HE SAW THE VICTIM PULL INTO THE EXXON PARKING LOT AT 18:30 HOURS, HE COULD NOT OFFER ANY ...THER DETAIL ABOUT THIS COMPLAINT.

STATEMENT OF WITNESS 002- PAT BROCKWAY.

...T BROCKWAY, OBSERVED A WHITE MALE APPROACH THE VICTIM, THE VICTIM AND THE SUSPECT STARTED TALKING, HE DON'T SEE THE SUSPECT ASSAULT OR ROB THE VICTIM, MR. BROCKWAY, DESCRIBE THE SUSPECT AS A WHITE MALE, THIN, BLUE JEANS AND BLACK JACKET, HE DON'T SAW A HAT ON THE SUSPECT OR A MUSTACHE.

STATEMENT OF WITNESS 003- EDWARD G. WILSON.

...DWARD WILSON, OBSERVED THE VICTIM'S WHITE CAR PULL INTO THE SOUTH PARKING LOT OF THE EXXON, HE DON'T OBSERVED

(PLEASE TURN PAGE TO PAGE NUMBER

LINDSAY WAGNER LOVES MOTLEY CRÜE

07/16/07

(PAGE NUMBER TWELVE OF 31 PAGES)

N ASSAULT OR ROBBERY OF THE VICTIM.

STATEMENT OF WITNESS 004- LONNIE FEASTER.

...T. FEASTER, PROCESSED THE VICTIM'S CAR.

STATEMENT OF WITNESS 005- MICHAEL BARLOW

...GT. BARLOW, WAS THE SUPERVISOR ON THE SCENE.

STATEMENT OF WITNESS 006- JEFFERY BUCCI.

...LM, BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE.

INVESTIGATIVE NARRATIVE- CONTINUED

...E SUSPECT WAS ASKED TO IDENTIFIED HIMSELF, HE GAVE ME THE NAME IVAN L. MENDEZ. HE ADVISED THE SALVATION... FROM WILMINGTON, BROUGHT HIM TO GEORGETOWN, HE STATED HE HAD NOT WORKED IN OVER A MONTH, I DETECTED SMELL OF ALCOHOLIC BEVERAGES EMMITTING FROM HIS BREATH, I QUESTIONED HIM ABOUT HOW HE COULD BUY ALCOHOL HE HAD NO MONEY, HE STATED HE HAD FRIENDS THAT WOULD HELP HIM OUT, HE WAS QUESTIONED ABOUT THE WHER...ABOUTS ON 12/21/00, HE STATED I DON'T REMEMBER I WAS DRUNK, I ADVISED HIM A YOUNG FEMALE HAD BEEN ...ED AT THE EXXON, HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW THE SUSP...T KEPT STATING I DO WHAT I HAVE TO DO TO SURVIVE, THE SUSPECT WAS WEARING BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, AND A BLACK MULTI STRIPED SHIRT, THE SUSPECT HAD A THICK BUSHY MUSTACHE AND BUSH... ...ONTEE, THIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO W/2 PAT BROCKWAY, THE SUSPECT WAS ...RESTED BY PFC- NAAR, FOR TRAFFIC CHARGES (PEDESTRIAN), AND CRIMINAL IMPERSONATION.

STATEMENT OF THE SUSPECT 002- IVAN L. MENDEZ

...E SUSPECT WAS INTERVIEWED AT THE GEORGETOWN P.D. IN REFERENCE TO THE INCIDENT ON 12/21/00, THE SUSPECT WAS ...AD HIS MIRANDA ~~RIGHT~~ WARNING AT 18:26 HOURS.

STATEMENT OF WITNESS 007- DAVID NAAR.

...- NAAR, STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00, THE SUSPECT ...VISED HE LOST HIS I.D. WHEN HE LOST HIS HAT, PFC- NAAR, ASKED HIM WHAT TYPE OF HAT HE LOST AND THE SUS...T STATED A BLACK KNIT HAT, WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT HAVING ONE.

CRIMES AND ASSOCIATED INFORMATION

WITNESS INFORMATION

(PLEASE TURN PAGE TO PAGE NUMBER

07/16/07

"LEG KNOWN LOVES NC>VC

(PAGE NUMBER THIRTEEN OF 31 PAGES)

SEQUENCE #01), (TYPE # WITNESS), (NAME # RODENBOUGH JOHN S.), (SEQUENCE #02), (TYPE # WITNESS), (NAME # BROCHWAY PAT), (SEQUENCE #03), (TYPE # PERSON CONTACTED), (NAME # WILSON EDWARD R.), (SEQUENCE #04), (TYPE # WITNESS), (NAME # CONN ...ASTER), (SEQUENCE #05), (TYPE # WITNESS), (NAME # BARLOW MICHAEL), (SEQUENCE #06), (TYPE # WITNESS), (NAME # BUCCI JEFFERY)

INVESTIGATIVE NARRATIVE

...E VICTIM WAS BEING QUESTIONED BY PTLM BUCCI, UPON MY ARRIVAL I WAS ADVISED THE ONLY DESCRIPTION OF THE SUSPECT WAS ... WHITE MALE, WITH A BLACK HAT.

INVESTIGATIVE NARRATIVE CONTINUED

...D BLOOD ON THE SIDEWALK THE VICTIM HAD WALKED DOWN TO GET HELP, I MET WITH THE VICTIM AND OBTAINED A STATE...T, DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR HER INJURY I WILL FOLLOW UP WITH HER ON A LATER DATE TO CO... ...M THE FACTS IN HER STATEMENT, THE LACERATION WAS 2 1/2 INCHES DEEP BY 2 INCHES WIDE, THE LACERATION DON'T HIT ANY VI... ...ORGANS.

STATEMENT OF VICTIM 001- LATISHA MC REED.

...HE STEPPED OUT OF HER VEHICLE, THE SUSPECT APPROACHED FROM THE REAR OF THE STORE, AND ADVISED HER TO GIVE ME ALL YOUR ...ONEY, THE SUSPECT THEN HIT HER IN THE BACK AND PUNCHED IN THE FACE, AND TOOK HER MONEY, THE VICTIM STATED "I GUESS ...HEN HE HIT ME IN THE BACK IS WHEN HE STABBED ME, I DIDN'T EVEN KNOW AT FIRST I HAD BEEN STABBED", THE ...CTIM DESCRIBED THE SUSPECT AS A WHITE MALE WITH A THICK BLACK MUSTACHE, THE ONLY CLOTHING DESCRIPTION THE VICTIM ...OULD OFFER WAS, A BLACK KNIT HAT ON HIS HEAD, THE SUSPECT FLED BEHIND THE EXXON.

CRIMES AND ASSOCIATED INFORMATION

...N 12/26/00, THE VICTIM LOOKED AT THE PHOTOLINE UP AND POINTED TO THE SUSPECT AND STATED THAT'S HIM, I THEN SHOWED ...ER A FULL LENGHT PHOTOGRAPH OF THE SUSPECT AND SHE STATED THE ONLY THING MISSING IS THE BLACK KNIT HAT, I ASKED THE ...CTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT HAD ATTACKED HER AND TAKEN HER MONEY, AND SHE STATED I'M POS...IVE, MR. PAT BROCHWAY, STATED HE DON'T RECOGNIZE ANY OF THE FACES I THEN HELD THE FULL LENGHT PHOTOGRAPH U... ...ITH MY THUMB OVER THE SUSPECT'S FACE, MR. PAT BROCHWAY, STATED THAT THE ~~[illegible]~~ CLOTHING THE SUSPECT HAD ON WAS ...HE EXACT SAME CLOTHES HE HAD ON 12/21/00, PFC- CONSUEGRA AND MYSELF, LOCATED THE SUSPECT'S LIVING AREA AND WE ...OUND ONE PAIR OF NAILCLIPPERS WITH A 2 INCH KNIFE BLADE, WITH THE POSITIVE IDENTIFICATION OF THE SUSPECT FROM THE ...CTIM AND THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING I PREPARED AND SIGNED A WARRANT FOR THE CHARGES CONT...ED ON THIS REPORT, I SERVED THE WARRANT ON THE DEFENDANT AND READ HIS MIRANDA RIGHTS.

(PLEASE TURN PAGE TO PAGE NUMBER

(PAGE NUMBER FOURTEEN OF 31 PAGES) NANCY RIGAN VS. WARRANT AND SLADER

07/16/07

# MEDICAL REPORTS

PROGRESS NOTES

ATE # 12/21/00, VICTIM STATES TO HAVE PROBLEMS WITH MOTHER'S BOYFRIEND.

HISTORY AND PHYSICAL ORIGINAL

HE VICTIM WAS REPORTEDLY BEAT ABOUT THE HEAD AND NECK, DURING EVALUATION IN THE FIELD SHE WAS NOTED TO HAVE STABWOUND OVER THE LEFT BACK, HEENT # WITH NO EVIDENCE OF SCALP LACERATION, EXAMINATION OF THE FACE DEMONSTRATE EVIDENCE OF FRACTURES.

CONSULTATION

CONSULTATION REQUESTED BY # DR. NODLER), (REASON # VICTIM STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), (DATE OF CONSULTATION # 12/22/00), (ASSESMENT # VICTIM STATES TO HAVE OTHER PROBLEMS AND DOES NOT REALLY WANT TO TALK TO ME, SHE AND THAT PHYSICALLY ABUSES MOTHER REPETITIVE).

HISTORY AND PHYSICAL ORIGINAL

ACK # DEMONSTRATES A 2CMS. STABWOUND OVER THE POSTERIOR BACK.

TRIAGE NURSING ADMISSION DATA BASE

ATE # 12/19/00), (ASSESMENT OF CHIEF COMPLAINT # STABWOUND (UL CHEST).

SKIN RISK ASSESMENT

OUND RECORD # 2-2½ CMS. STABWOUND TO L.C. CHEST, OLD STITCHWOUND SCABBED, RIGHT WAIST SCRATCHED, RIGHT UNDERARM SCRATCH LATERAL.

DISCHARGE PLANNING / REFERRAL CRITERIA

ATE # 12/21/00), WAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS? YES TEN DAYS AGO FOR STICHES.

PRIMARY AND SECONDARY SURVEY

BDOMEN / FLANKS # LACERATION B FLANK, 2CMS. LONG, 2½ CMS. DEEP.

EMERGENCY ROOM SUMMARY ORIGINAL

HIEF COMPLAINT # THE PATIENT IS AN 18 YRS. OLD WHITE FEMALE), (HISTORY OF PRESENT ILLNESS # THE PATIENT WAS AT A STORE AND OME PEOPLE ASSAULTED HER FOR NO APPARENT REASON, SHE SAID SHE WAS HIT ABOUT THE HEAD AND NECK WITH SOME OBJECTS SHE NOT SURE WHICH), (NO GROSS SIGN OF HEAD OR FACE TRAUMA), (FAMILY HISTORY # REVIEWED BUT OTHERWISE NOT CONTRIBUTORY), (ENT # NO APPARENT GROSS HEAD OR FACE TRAUMA), (HEENT # NO APPARENT SIGN OF TRAUMA ABOUT THE MOUTH, NOSE OR EARS).

(PLEASE TURN PAGE TO PAGE NUMBER

OZZY OSBOURNE LOVES JIMMI MORE

(PAGE NUMBER FIFTEEN OF 31 PAGES)

07/16/07

PATIENT CARE REPORT– PRIORITY 2 – ALS – TRANSPORT

...IEF COMPLAINT # MY BACK AND FACE HURT), (HISTORY OF CONDITION # THE PATIENT WAS ASSAULTED IN PARKING LOT BY UNKN... ASSAILANT AND STRUCK IN FACE SEVERAL TIMES, WALKED INTO STORE AND FOUND SHE HAD BEEN STABBED IN THE BACK), (ASS... ...NT # PATIENT SEATED AGAINST OUTSIDE WALL AT A STORE WITH POLICE IN ATTENDANCE), (POSTERIOR THORAX # 2-3 CMS. LACERATI... ...O LOWER LEFT BACK WITH NOTICEABLE ABRASIONS AND SCRATCHES), (EXTREMITIES # LEFT ARM UNREMARKABLE, WITH BRUISING TO R/C... ...A), (DIFFERENTIAL DIAGNOSIS # R/O CLOSED HEAD INJURY, R/O INTERNAL TRAUMA SECOND TO KNIFE WOUND).

TRAUMA RECORD

...SSAULT # YES), (STABWOUND # YES), (OTHER # THEY BEAT ME UP).

TRIAGE/NURSING ADMISSION DATABASE

...# 12/15/00), (CHIEF COMPLAINT # STABWOUND), (ASSESMENT OF CHIEF COMPLAINT # VERBAL # I STOP I GOT OUT OF MY CAR ... THEY BEAT ME UP), (2 1/2 CMS. DEEP LAC. X 2 CMS. LONG).

PATIENT CARE REPORT– PRIORITY 2 – ALS – TRANSPORT

...RRIVE # ARRIVED TO FIND PATIENT IN CARE OF GEORGETOWN P.D, WHO RELATED CIRCUMSTANCES.

# TRANSCRIPTS OF PROCEEDINGS

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

...COURT # DO YOU HAVE YOUR WITNESSES IN THE COURTROOM, MS. TSANTES # YES YOUR HONOR I SHOULD SAY MY VICTIM WAS ...ED IN THE COURTROOM, WHEN MR. MENDEZ WALKED INTO THE COURTROOM MY WITNESS IMMEDIATELY HAD A REACTION AND INDI... THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MS. SMYTHE # MR. MENDEZ, IS STILL PERPLEXED THAT HE COULD EVER DO ...H A VILE ACT, THEREFORE HE AGREES THAT HE WOULD LIKE TO ENTER A ROBINSON PLEA, THAT ON THE BASIS ON WHETHER OR NOT THE ...IM WOULD IDENTIFY HIM AND THEY WOULD TAKE HER WORD FOR IT IF SHE IDENTIFIED HIM, MS. TSANTES # ON 12/21/00 AT ...25 AM, LATISHA REED, WAS GETTING OUT OF HER CAR AND AS SHE WAS ABOUT TO PROCEED TO WALK AROUND IN THE FRONT OF ... STORE, SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK, THE PERSON THEN ...E AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD, AND DEMANDED THAT SHE GIVE ALL OF HER MONEY ... HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THAT THE ...ECT WAS WEARING A BLACK KNIT CAP, HAD BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH, WAS UNKEMPT, WAS SMELLY AND DESCR... ...IM AS A WHITE MALE WEARING DARK CLOTHING THE PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT W... ...TESTIFY ANT BROCKWAY, THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE IDENTIFIED THE CLOTHING AND GAVE A POSSIBL...

(PLEASE TURN PAGE TO PAGE NUMBER...

PAULEY PERRET LOVES SEX PISTOLS 07/16/07

(PAGE NUMBER SIXTEEN OF 31 PAGES)

DESCRIPTION, AS LATISHA REED, WAS ARTICULATED AND ON 12/19/00, TROOPER MARTINEZ, CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET AND FACIAL HAIR, THAT WAS TWO DAYS BEFORE THIS INCIDENT HAPPENED ON 12/21/00, AND ON 12/25/00, OFFICER NAAR, WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION THAT WAS GIVEN BY LATISHA REED OF THE PERPETRATOR, A MAN WEARING DARK CLOTHING WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION AS THE DEFENDANT WAS SEEN ...KING THE WRONG WAY AT NIGHT ON US. 13, HE MADE CONTACT WITH THE SUBJECT, DURING THE ENCOUNTER HE REALIZED ... MENDEZ, WAS INTOXICATED, MR. MENDEZ GAVE A FALSE NAME OF TONY RENE DIAZ, THE POLICE PRESENTED THE PHOTO LINEUP TO LATISHA REED, IN LESS THAN A MINUTE SHE PICKED OUT ~~MR. MENDEZ~~ THE DEFENDANT, AS THE PERSON THAT STABBED AND ROBBED ...ER, MR. BROCKWAY WAS UNABLE TO PICK MR. MENDEZ, BUT HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES ... MR. MENDEZ, WAS TAKEN INTO CUSTODY IN, WITH THE FACE COVERED UP, AND POSITIVELY IDENTIFIED THOSE CLOTHES, THE STATE B... ...IS THAT IN TRIAL MR. BROCKWAY, MAY ALSO BEEN ABLE TO PICK HIM OUT AS THE PERSON THAT DID THAT, THE OTHER THING IS THAT ON 12/19/00, DURING THAT CRIME PREVENTION CHECK WITH TROOPER MARTINEZ, MR. MENDEZ GAVE ALSO A FALSE NAME IN THAT ENCOUNTER, ...MR. MENDEZ, HAVING PLACE AMONG THE ITEMS HE HAD WAS A KNIFE, THE STATE WOULD HAVE PRESENTED IT IN EVIDENCE AND IT IS ATTACHED ...O LIKE A NAIL CLIPPERS, THIS WAS THE KNIFE THERE MS. LATISHA REED, WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER ... AND, THE COURT # VERY WELL I HAVE HAD THE OPPORTUNITY TO OBSERVE MR. MENDEZ.

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

...WHEN MR. MENDEZ, ENTERED INTO THE COURTROOM, THE WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MR. MENDEZ INDICATED THAT HE WOULD ENTER A ROBINSON PLEA IF THE VICTIM WOULD IDENTIFY HIM ...MS. TSANTES, STATED THAT ON 12/21/00, AT 6:25 AM, LATISHA REED, EXITED HER CAR, AND AS SHE PROCEEDED TO WALK AROUND TO THE FRONT OF THE STORE SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK, THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD, AND DEMANDED THAT SHE GIVE ALL HER MONEY TO HIM, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK KNIT CAP WITH BUSHY CURLY HAIR, STICKING OUT FROM UNDERNEATH AND WAS UNKEMPT ...NELLY, WITH FACIAL HAIR, SHE FURTHER DESCRIBED HIM AS A WHITE MALE, WEARING DARK CLOTHES THE PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY HE WITNESSED THE ATTACK ON MISS REED, PAT BROCKWAY, HE IDENTIFIED THE CLOTHING AND GAVE A PHYSICAL DESCRIPTION OF HIS APPEARANCE AS MS. REED, HAS ARTICULATED, AND ON 12/19/00 TROOPER CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET WITH FACIAL HAIR, THAT WAS TWO DAYS BEFORE THE INCIDENT WITH MISS REED, AND ON 12/25/00, A POLICE OFFICER WHO WAS FAMILIAR WITH THE PHYSICAL

(PLEASE TURN PAGE TO PAGE NUMBER ...

QUENTIN TARANTINO LOVES MARILYN MANZON 07/16/07

(PAGE NUMBER SEVENTEEN OF 31 PAGES)

DESCRIPTION GIVEN BY MISS REED, SAW AN INDIVIDUAL WALKING THE WRONGH WAY AT NIGHT ON US. 113, CONTACT WAS MADE WITH TH SUBJECT WHEN THE OFFICER REALIZED SUBJECT WAS INTOXICATED, THE SUBJECT GAVE A WRONGH NAME, THE POLICE PRESENTED THE PHOTOLINEUP TO MISS REED, IN LESS THAN A MINUTE SHE PICKED OUT MR. MENDEZ, AS THE PERSON WHO STABBED AND ROBBED HER, MR. BROCKWAY, WAS UNABLE TO PICK OUT THE DEFENDANT, HOWEVER HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN INTO CUSTODY IN WITH HIS FACE COVERED UP AND THIS WITNESS POSITIVELY IDENTIFY THE CLOTHING AS THE CLOTHING WORN BY THE ASSAILANT, DURING THE SEARCH OF MR. MENDEZ HOME, AMONG HIS POSSESSIONS WAS FOUND A KNIFE WHICH MISS REED WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER, ON JUDGE STOKES, OBSERVATION OF THE DEFENDANT.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

THE COURT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR, MS. SMYTHE # MR. MENDEZ, IS ILLEGALLY FROM MEXICO AND HE WILL BE DEPORTED, THERE IS A SPANISH COMMUNITY UP IN WILMINGTON, MS. TSANTES # THE VICTIM LATISHA REED, IS NOT HERE, SHE HAS TO WORK TODAY, ON 12/21/00, LATISHA REED, WAS GETTING OUT OF HER CAR, AND SHE FELT WHAT FELT TO HER AS A PUNCH IN THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT WEARING A BLACK CAP THAT SHE DESCRIBES AS A WHITE MALE I BELIEVE WITH FACIAL HAIR, AND SHE DESCRIBES HIS CLOTHING AND HE'S DEMANDING MONEY FROM HER, AND TOOK HER MONEY, THERE WAS SOME PASSERBY WHO SAW THE DEFENDANT FLEE BEHIND THE EXXON, AND ON 12/25/00, THE POLICE PICKED UP THE DEFENDANT WHO IS WALKING ALONG THE HIGHWAY, HE MATCHES THE PHYSICAL DESCRIPTION THAT WAS GIVEN THAT DAY AND THE POLICE TAKE HIM INTO CUSTODY, UNDER THE SUSPICION OF WALKING UNDER THE INFLUENCE, HE GIVES A FALSE NAME THE POLICE DO A PHOTOLINE UP WITH LATISHA REED, THAT IDENTIFIES HIM AS THE PERPETRATOR, I THINK IS IMPORTANT FOR THE RECORD TO REFLECT THAT WHEN MR. MENDEZ; APPEARED TO PUNCH LATISHA REED, IN THE BACK, WHAT HE ACTUALLY DID WAS STABBED HER IN THE BACK PRIOR TO HIM EVEN CONFRONTING HER AND ASKING FOR MONEY, MR. MENDEZ HAS ONLY ONE PRIOR D.U.I CONVICTION AND BE A D.U.I PENDING WARRANT OUT OF THE STATE, THE VULNERABILITY OF THE VICTIM WHO SIMPLY IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND HERSELF FROM THE STABBING WHEN HE APPROACHES HER FROM THE BACK, THE COURT # HE IS GOING TO BE DEPORTED, MS. TSANTES # BY THE TIME HE FINISHES LEVEL 5 TIME THE I.N.S ARE GOING TO DEPORT HIM, MR. MENDEZ, HAS COME AND GONE PRETTY FREELY BETWEEN MEXICO AND U.S.A., YOUR HONOR HE WAS COMPLETELY UNDER THE INFLUENCE WHEN THE POLICE TOOK HIM INTO CUSTODY, THIS WAS A BRUTAL ATTACK ALL HE NEEDED TO DO IF HE REALLY NEEDED MONEY WAS APPROACH THAT WOMAN AND ASK HER FOR SOME WITHOUT THE USE OF A KNIFE, BUT THE DESCRIPTION OF THE OBJECT USED TO STABB HER WITH, WHILE IT IS INDICATED AS A FINGERNAIL CLIPPERS IT HAS A TWO AND A HALF INCH BLADE THAT COMES OUT

(PLEASE TURN PAGE TO PAGE ...)

AND THAT IS THE OBJECT THE STATE BELIEVES THAT WAS USED TO STABB MISS LATISHA REED, THE VICTIM HAD A CHANCE TO LOOK AT THAT AND BELIEVES THAT'S THE WEAPON USED TO STABB HER WITH, THE COURT # I HAVE OBSERVED THE DEFEND... AND THE FACT THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO.

U.S. DISTRICT COURT, (ANSWER).

AT 6:25 AM, ON 12/21/00 LATISHA REED, WAS GETTING OUT OF HER CAR, IN ANTICIPATION OF ENTERING THE STORE, WHEN SOMEONE APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE BELIEVED TO BE A HARD PUNCH IN THE BACK, LATTER SHE DISCOVERED THAT SHE HAD BEEN STABBED, THE PERSON THEN CAME AROUND TO THE FRONT OF HER BRANDISHING A BLOOD COVERED KNIFE AND DEMANDING ALL OF REED'S MONEY, THE ROBBER PUNCHED REED IN THE FACE TOOK HER MONEY AND FLED ... THE ~~EXXON~~ STORE, REED DESCRIBED THE ROBBER AS A WHITE MAN, WITH BUSHY CURLY HAIR STICKING OUT FROM UNDER A ...ACK KNIT CAP, SHE TOLD POLICE THAT HE HAD FACIAL HAIR, WAS UNKEMPT, SMELLY AND WEARING DARK PANTS AND ... PAT BROCKWAY, WHO WITNESSED THE ATTACK, GAVE A SIMILAR DESCRIPTION OF THE ASSAILANT, POLICE ENCONTERED SOMEONE ...TTING THAT DESCRIPTION ON 12/28/00, WHO WAS INTOXICATED AND WALKING THE WRONGH WAY ALONG US. 113, HE GAVE ... FALSE NAME, ON MR. MENDEZ HOME AMONG THE ITEMS HE HAD WAS A KNIFE, REED, PICKED MENDEZ PICTURE FROM A PHOTO LINE UP, MR. BROCKWAY, WAS UNABLE TO PICK MR. MENDEZ, OUT OF THE LINE UP, BUT IDENTIFIED THE CLOTHING HE WAS ...ARING.

DISCUSSION

MENDEZ CLAIMS ARE DIFFICULT TO DISCERN, BUT LIBERALLY READING HIS PETITION MENDEZ PRESENTS THE FOLLOWING CLAIMS, (1) ...NTERED THE ROBINSON PLEA ONLY BECAUSE HE WAS SCARED WHEN THE PROSECUTOR SAID, THAT THE VICTIM IDENTIFIED HIM AS ...AILANT, (2)- THE STATE COURTS, THREW AWAY HIS LETTERS, (3)- THE VICTIM WAS NOT PRESENT AT THE TIME OF THE PLEA TO ...NTIFY HIM, (4)- ACTUAL INNOCENCE BASED ON WITNESSES, WHO SAID HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES, (5)- INEFFECTIVE ASSISTANCE OF COUNSEL, MENDEZ, ALSO CHECKED SEVERAL GROUNDS ON HIS PETITION.

MENDEZ, ASSERTION OF ACTUAL INNOCENCE IS BASED ENTIRELY ON HIS REPORT, THAT, MS. BARBARA TOLD HIM, THAT THE WORKERS ...T THE EXXON TOLD HER, THAT HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES.

SUPREME COURT, (ORDER).

2)- ON THIS APPEAL MENDEZ COUNSEL, ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLE APPEALABLE ISSUES, MENDEZ DID NOT SUBMIT ANNY ISSUES TO HIS COUNSEL FOR THIS COURT'S CONSIDERATION,

PLEASE TURN ... TO PAGE NUMBER

(A)- THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW (B)- THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD, (4)- THE COURT HAS REVIEWED THE RECORD CAREFULLY AND HAS CONCLUDED THAT MENDEZ APPEAL IS DEVOID, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE A CONSCIENTIOUS EFFORT TO EXAMINE THE RECORD AND HAS PROPERLY DETERMINED THAT MENDEZ COULD NOT RAISE A MERITORIOUS CLAIM ON THE APPEAL.

STATE'S RESPONSE TO RULE 26(C)- BRIEF

ON APPEAL DEFENSE COUNSEL WITHDRAW, (A)- THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B)- THIS COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD (3). DEFENSE COUNSEL STATES "I HAVE DILIGENTLY SEARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUES TO BE RAISED ON APPEAL" (JANUARY 2, 2002, STATEMENT OF COUNSEL), MENDEZ HAS NOT TENDERED ANY ISSUES FOR REVIEW.

AND AS YOU KNOW IT TOO ALL OF THE OTHER STATEMENTS GROUNDS AND FACTS.



I/M IVAN MENDEZ
SBI# 453351 UNIT S. H. U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 01.65⁰
JUL 18 2007
MAILED FROM ZIPCODE 19977

U.S. DISTRICT COURT.
844 NORTH KING STREET.
LOCKBOX #18
WILMINGTON DELAWARE.
19801