IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IVAN L. MENDEZ, :
:
    Plaintiff, :
:
        v. : Civ. Action No. 07-450-JJF
:
U.S. COURT OF APPEALS FOR THE :
FEDERAL CIRCUIT, U.S. ATTORNEY:
GENERAL, U.S. DEPARTMENT OF :
JUSTICE, U.S. SUPREME COURT, :
U.S. COURT OF FEDERAL CLAIMS, :
HUMAN RIGHTS WATCH, ACLU :
PRISON PROJECT, ALL OF THEM :
IN WASHINGTON, D.C., and :
WASHINGTON D.C. :
:
    Defendants. :

**ORDER**

NOW THEREFORE, at Wilmington this 26th day of September, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Leave To Proceed In Forma Pauperis (D.I. 1) pursuant to 28 U.S.C. § 1915 is **DENIED**.

2. Plaintiff's Complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(B)(1). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

                                                /s/ Joseph J. Farnan Jr.
                                       UNITED STATES DISTRICT JUDGE